UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA V. | PLAINTIFF | CASE NUMBER: 20MJ02585 |
|---|---|---|
| Wang Xin | DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 6/8/2020 6:47 AM  ☑AM ☐PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐Yes ☑No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☑Yes ☐No

4. Charges under which defendant has been booked:
   18 USC section 1546 (a) Fraud and misuse of visas, permits, and other documents

5. Offense charged is a: ☑Felony ☐Minor Offense ☐Petty Offense ☐Other Misdemeanor

6. Interpreter Required: ☐No ☑Yes Language: Chinese Mandarin

7. Year of Birth: 1983

8. Defendant has retained counsel: ☑No
   ☐Yes Name: _____ Phone Number: _____

9. Name of Pretrial Services Officer notified: [signature]

10. Remarks (if any): _____

11. Name: Thomas Tree (please print)

12. Office Phone Number: 310-405-1278

13. Agency: FBI

14. Signature: [signature]

15. Date: 6/8/2020

CR-64 (2/14) REPORT COMMENCING CRIMINAL ACTION