

FILED
CLERK, U.S. DISTRICT COURT
JUN - 8 2020
CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Xin Wang, DEFENDANT(S). | CASE NUMBER 20-2585M |
|---|---|
| | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of _defendant_, IT IS ORDERED that a detention hearing is set for _6/12/2020_, _____, at _10:00_ ☒a.m. / ☐p.m. before the Honorable _J. Choolijan_, in Courtroom _341 - Roybal - Duty_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

*(Other custodial officer)*

Dated: _6/8/2020_          _____
                          U.S. District Judge/Magistrate Judge