NICOLA T. HANNA
United States Attorney
CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division
GEORGE E. PENCE (Cal. Bar No. 257595)
Assistant United States Attorney
Terrorism and Export Crimes Section
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2253
Facsimile: (213) 894-2927
E-mail: george.pence@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>XIN WANG,<br><br>Defendant. | No. MJ 2:20-02585-DUTY<br><br><u>GOVERNMENT'S MEMORANDUM IN SUPPORT OF DETENTION FOR DEFENDANT XIN WANG</u><br><br>Hearing Date: June 12, 2020<br>Hearing Time: 10:00 a.m.<br>Location: Courtroom of the Hon. Jacqueline Chooljian |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney George E. Pence,

//

hereby files its memorandum in support of detention for defendant Xin Wang (“WANG”).

Dated: June 11, 2020

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

/s/
GEORGE E. PENCE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.   INTRODUCTION**

No condition or combination of conditions will reasonably assure both the safety of the community and the appearance of Defendant Xin WANG ("Wang") as required in the Northern District of California.  He must be detained.

On June 7, 2020, WANG, along with his wife and child, sought to fly from Los Angeles International Airport ("LAX") to Tianjin, China.  During a Customs and Border Protection ("CBP") interview, WANG admitted that he was a scientific officer in the People's Liberation Army ("PLA"), the armed forces of the People's Republic of China ("PRC").  WANG also admitted that he had intentionally failed to disclose that information on his application for a visa to travel to the United States to conduct toxicology research at the University of California, San Francisco ("UCSF"), one of the nation's premier medical and biological research and teaching centers.

After his interview with CBP, WANG was charged in a criminal complaint, filed in the Northern District of California, with visa fraud, in violation of 18 U.S.C. § 1546(a).  On June 8, 2020, this Court remanded WANG pending a continued detention hearing scheduled for June 12, 2020.

In light of WANG's substantial ties to the PRC and its government, his lack of any ties to the United States, his demonstrated disregard for the truth, and the nature of his offense conduct, WANG should be detained pending trial.  The government submits this brief and the accompanying declaration to supplement the factual record set forth in the complaint and the pre-trial services report.

## II. FACTUAL BACKGROUND

WANG applied for and received two visas to travel to the United States since 2016. (Wu Decl., ¶ 6.a.-6.d.)[1] First, in 2016, WANG applied for and was issued a B1 business visa to enter the United States, on a PRC official passport, to attend a pharmacology conference in Houston. (Wu Decl., ¶ 6.a.) In his application, he stated that he had served as a professor in the PLA and that his service had ended on September 1, 2016. (Id.) Despite having been granted that visa, WANG did not travel to the United States in 2016. (Id.)

Second, on December 17, 2018, WANG was issued a multiple-entry J1 non-immigrant visa to enter the United States.[2] (Wu Decl., ¶ 6.b–6.d.) In his visa application, which he certified under penalty of perjury, WANG stated that he was employed by the Air Force Military Medical Academy in Xi'an, China. (Wu Decl., ¶ 6.b.) He also stated that the China Scholarship Council ("CSC") was sponsoring his trip. (Wu Decl., ¶ 6.c.) He stated that the purpose of his visit was to conduct research at USCF. (Wu Decl., ¶ 6.b.) In response to the question on the visa application regarding military service, he answered that he had served in the army in China as an "Associate

[1] The Declaration of FBI Special Agent Letitia Wu ("Wu Decl.") is attached hereto as Exhibit A.

[2] The J1 visa program is for "exchange visitors" and "is authorized for those who intend to participate in an approved program for the purpose of teaching, instructing or lecturing, studying, observing, conducting research, consulting, demonstrating special skills, receiving training, or to receive graduate medical education or training." United States Citizenship and Immigration Services, "Exchange Visitors," available at https://www.uscis.gov/working-united-states/students-and-exchange-visitors/exchange-visitors (last accessed June 10, 2020).

Professor" in Medicine, listing his dates of service from September 1, 2002 until September 1, 2016. (Id.)

On March 26, 2019, WANG entered the United States through San Francisco International Airport. (Wu Decl., ¶ 6.d.) This was his first time in the United States. (Id.)

From approximately April 2019 through approximately March 2020, WANG worked in a UCSF lab under the supervision of an associate professor. (Wu Decl., ¶ 7.a.) He worked on projects funded, in part, by grants from the United States Department of Health and Human Services, National Institutes of Health ("NIH"). (Id.)

In response to the COVID-19 pandemic and California's shelter-in-place order, the UCSF lab shut down. (Wu Decl., ¶ 7.b.) In or around May 2020, WANG told his supervisor that he was being recalled to China by his employer, the Fourth Military Medical University, and that he would not return to work at the UCSF lab, thus cutting his fellowship short by approximately one year. (Wu Decl., ¶ 7.a.) WANG also said that he was interested in collaborating with his supervisor remotely from China and that he (WANG) had already duplicated at his lab in China some of the research conducted at the UCSF lab – a fact that was previously unbeknownst to WANG's supervisor. (Wu Decl., ¶ 7.b.)

During WANG's June 7, 2020, outbound interview by CBP at LAX, WANG made the following statements, among others:

- WANG is an active duty member of the PLA and held a "Level 9" technician rank, which, according to WANG, corresponded roughly with the level of Major in the United States military; (Wu Decl., ¶ 8.b.i.)

- WANG intentionally made false statements on his J1 visa application in order to increase the likelihood of receiving a visa; (Wu Decl., ¶ 8.b.ii.)
- WANG did not intend to return to the United States after departing from LAX on June 7, 2020; (Wu Decl., ¶ 8.b.iii.)
- WANG is employed, full-time at the Fourth Military Medical University lab in China, which is subordinate to the Air Force branch of the PLA; (Wu Decl., ¶ 8.b.iv.)
- While in the United States, WANG received compensation from the PLA, CSC, and UCSF; (Wu Decl., ¶ 8.b.v.)
- WANG was instructed by his supervisor in China, the director of the Fourth Military Medical University lab, to observe and document the layout of the lab at UCSF in order to replicate the lab when he returned to China; (Wu Decl., ¶ 8.b.vi.)
- WANG intentionally deleted all WeChat messaging content from his personal mobile phone before arriving at the airport on June 7, 2020; (Wu Decl., ¶ 8.b.vii.) and
- WANG had studies from UCSF on his laptop and external digital storage devices that he planned to share with his PLA colleagues, and WANG had emailed UCSF research to his PRC laboratory. (Wu Decl., ¶ 8.b.ix.)

## III. ARGUMENT

Under 18 U.S.C. § 3142(e)(1), WANG presents an overwhelming risk of flight and there are no conditions or combination of conditions that can assure his appearance in this case in the Northern District of California. He therefore should be detained.

WANG is a high-ranking member of the PRC military who gained entry to the United States based on intentionally false statements made under oath and penalty of perjury. He did so pursuant to a specific tasking from a supervisor at a PRC military university to steal scientific research and information from an American university – research that was supported in part by United States government funds. WANG followed those orders.

Moreover, as WANG admitted, WANG operated clandestinely in the United States at the direction of the PRC for the last year. A PRC official acting with the support of his government has the resources and ability to flee from the United States. He has already demonstrated operational sophistication by deleting chat messages from his phone before going to the airport to fly home to China.

Thus, there is a high likelihood that WANG will successfully flee the United States if released on bond and there are no conditions of release that could possibly ensure his appearance in the Northern District of California. As WANG told CBP, WANG never intended to return to the United States, and it is unlikely that a pending criminal charge would cause him to change his mind.

Moreover, WANG has no ties to the community or reason to stay in the United States. WANG had never been to the United States before this trip. He owns no property and has no other assets in the United States. His immediate family are free to return to China as they please, and already demonstrated their desire to do so. His spouse is an entirely inadequate surety, as she can even more easily depart the United States than he can. Any security he offers to post here – and he has offered none to this point – will be insufficient, as the

PRC government could easily fund such security on his behalf or compensate him for any loss should he flee and return to China.

Notably, WANG is not the only PLA officer who has entered the United States, funded by the CSC and on false pretenses, to collect information from the United States for the PRC.  For example, on January 28, 2020, a PLA Lieutenant, Yanqing Ye, was indicted in the District of Massachusetts with, among other things, visa fraud and acting as an illegal agent of a foreign government.  (Dkt. 1 (Indictment), CR 20-10021-PBS (D. Mass).)  As defendant here is alleged to have done, Ye is alleged to have lied about her PLA status on her visa application, and alleged to have conducted research on the U.S. military for the PLA.  (Id.)

WANG's conduct is consistent with the PRC's overall program of collecting U.S. technological and scientific information through both espionage and individuals who use their professional positions to gain access to such information.  Accordingly, the PRC has every reason to assist WANG in fleeing the United States and has at its disposal means such as active consular and intelligence services, the ability to issue passports, and state-controlled air transport.  In addition to an obvious interest in securing the return of a PLA officer, WANG'S successful flight from the United States would bolster the PRC's information collection activities in the United States, while undermining the ability of the American criminal justice system to deter the illegal conduct of foreign governments in the United States.

**IV. CONCLUSION**

For the foregoing reasons, the government respectfully requests that this Court order defendant detained pending trial in the Northern District of California.

DECLARATION OF LETITIA WU

I, Letitia Wu, declare as follows:

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"). I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness.

**I.  INTRODUCTION**

2. Based on my interview with an Associate Professor at the University of California, San Francisco ("UCSF") and review of WANG Xin's ("WANG") visa application, I know that in 2018, WANG received an invitation to pursue a post-doctoral fellowship at a UCSF lab to research the metabolic function of adipose tissue for two years.

3. From my review of WANG's 2018 visa application, I learned that in or around November 2018 WANG applied for a J1 (Exchange Visitor) visa. In his application, which he submitted under penalty of perjury, he stated that his foreign military service ended on September 1, 2016.

4. From my review of Customs and Border Protection ("CBP") reports of investigation, I learned that on June 7, 2020, during an interview with CBP at Los Angeles International Airport ("LAX"), WANG admitted that he had intentionally and falsely stated under oath in connection with his November 2018 visa application that his military service had ended to increase the likelihood of receiving his J1 visa.

5. The FBI arrested WANG at LAX later that evening based on a criminal complaint issued in the Northern District of California alleging that WANG had committed visa fraud in violation of 18 U.S.C. § 1546(a).

**II. WANG'S VISA APPLICATIONS AND STUDIES AT UCSF**

6. Based on my review of the Department of State's Consular Consolidated Database and the Department of Homeland Security's TECS database, I know the following:

a. In 2016, WANG applied for and received a B1 business visa to travel to the United States on an official People's Republic of China ("PRC") passport, with the stated purpose of attending a pharmacology conference in Houston, Texas. In his application for that visa, WANG stated that he had served as a professor in the People's Liberation Army ("PLA"), the armed forces of the People's Republic of China ("PRC"), and that his military service had ended on September 1, 2016. WANG did not take that trip.

b. On or around November 10, 2018, WANG submitted a J1 visa application under penalty of perjury and certified that all of his answers on the form were true and correct. In his visa application he stated that he was employed by the Air Force Military University and the purpose of his visit was to conduct research at UCSF; that he had previously served as an Associate Professor in Medicine in the PLA; and that his military service spanned from September 1, 2002 through September 1, 2016.

c. WANG also indicated in his visa application that the China Scholarship Council ("CSC") would sponsor and pay for his trip to the United States.

d. On or around December 17, 2018, WANG received a multiple entry J1 visa. According to the Department of Homeland Security's TECS database, WANG traveled to the United States for the first time on March 26, 2019, arriving at San Francisco International Airport.

7. Based on my interview of an Associate Professor at UCSF ("UCSF Associate Professor"), I know the following:

a. From approximately April 2019 through approximately March 2020, WANG worked at a USCF lab under the supervision of the UCSF Associate Professor. That work was funded by a combination of U.S. Department of Health and Human Services, National Institutes of Health ("NIH") grants, biotechnology company funds, and the UCSF Associate Professor's personal funds.

b. In response to the COVID-19 pandemic and California's shelter-in-place order in March 2020, UCSF severely restricted access to the lab and WANG stopped working. In or around May 2020, WANG told the UCSF Associate Professor that he was being recalled to China by his employer, the Fourth Military Medical University, and that he would not return to work at the UCSF lab, thus cutting his fellowship short by approximately one year. WANG also told the UCSF Associate Professor that he was interested in collaborating with the UCSF lab remotely from China and that he (WANG) had already duplicated at his lab in China some of the research conducted at the UCSF lab – a fact that was previously unknown to the UCSF Associate Professor.

c. WANG told the UCSF Associate Professor that he had obtained tickets to return to the PRC through LAX on June 7, 2020, and requested that the UCSF Associate Professor administratively keep WANG's employment at UCSF active until he sent confirmation that he had returned to the PRC to avoid any visa issues if his flight was delayed.

**III. CUSTOMS AND BORDER PROTECTION INTERVIEW AND SUBSEQUENT ARREST AT LAX**

8. Based on my review of CBP and FBI reports of investigation, and my discussions with other law enforcement officers and agents, I know the following:

a. On June 7, 2020, WANG was ticketed and scheduled to depart LAX for Tianjin China onboard Air China flight 988.

b. CBP conducted an outbound interview of WANG, who provided the following information:

i. WANG was an active duty member of the PLA and held a "Level 9" technician rank, which, according to WANG, corresponded roughly with the level of Major in the United States military;

ii. WANG had conducted internet research about things to be aware of when Chinese military personnel applied for U.S. visas. He provided false information regarding his affiliation with the PLA in order to increase the likelihood of obtaining his J1 visa. No one assisted WANG in completing his visa application;

iii. WANG did not intend to return to the United States after his intended departure from LAX on June 7, 2020;

iv. WANG is employed, full-time, at the Fourth Military Medical University lab in China, which was subordinate to the Air Force branch of the PLA;

v. While in the United States, WANG received compensation from the PLA, CSC, and UCSF;

vi. WANG was instructed by his supervisor, the Director in the Fourth Military Medical University lab, to see the

layout of the lab in UCSF and bring back information on how to replicate it;

vii. WANG had wiped his personal phone of all WeChat messaging content earlier that morning; and

viii. WANG had a designated point of contact at the PRC Consulate in San Francisco.

ix. WANG had studies from USCF on his laptop and external digital storage devices, which he was taking to China to share with his PLA colleagues. WANG had already sent UCSF research to his PRC laboratory via e-mail.

c. Following the CBP outbound interview, WANG was permitted to leave rebooked his flight to China at a later time that day. At approximately 11:20 p.m. on June 7, 2020, the FBI arrested WANG based on a complaint from the Northern District of California alleging that WANG had committed visa fraud in violation of 18 U.S.C. § 1546(a). Upon his arrest, WANG's wife stated that WANG could not get arrested because they "did not know anyone here."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at San Francisco, California, on June 11, 2020.

LETITIA WU
Special Agent, Federal Bureau of Investigation